### BERT KINNEY V. THE STATE.

No. 19191. Delivered November 17, 1937.

The opinion states the case.

*J. D. Todd, Jr.,* of Corpus Christi, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for unlawfully carrying a pistol; penalty assessed at a fine of $250.00.

The transcript is void of a notice of appeal. Such notice, given in open court and entered of record, is essential to the jurisdiction of this court. See Art. 827, Vernon's Ann. C. C. P., Vol. 3; Pullen v. State, 125 Texas Crim. Rep., 292; Shelbourne v. State, 98 S. W. (2d) 192; Fullbright v. State, 101 S. W. (2d) 571.

The appeal is dismissed.

*Appeal dismissed.*